UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMESES, | No. 2:17-cv-2275 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Petitioner requests a sixty-day extension of time to file objections to the undersigned's findings and recommendations filed April 17, 2018, on the ground that his related state court actions have not concluded. See ECF No. 12. However, the undersigned has already addressed this matter, finding that petitioner's pending state court actions are not relevant to this court's determination that this action should be dismissed because successive under 28 U.S.C. § 2244(b). See ECF No. 11. Petitioner has therefore failed to demonstrate good cause for an extended objection period.

Nevertheless, the court will construe petitioner's request as a blanket objection to the findings and recommendations, for which detailed legal arguments are unnecessary. In order to protect petitioner's rights, secure independent review by the assigned district judge, and preserve issues for appeal, the court will construe petitioner's request as an objection to the undersigned's

1

recommendation that this action be dismissed, and to any and all findings of fact and conclusions of law on which that recommendation is based. Petitioner need take no further action in order for these objections to be considered. The district court will consider the arguments that petitioner has made, both previously and in his current request, and will review the issues *de novo*.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for extended time to file objections, ECF No. 12, is construed as an objection to the undersigned magistrate judge's recommendation that this action be dismissed (ECF No. 11), and to any and all findings of fact and conclusions on which that recommendation is based.

DATED: April 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE